UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BOARD OF TRUSTEES OF THE UNITED
UNION OF ROOFERS, WATERPROOFERS,
& ALLIED WORKERS LOCAL UNION
NO 8. W.B.P. & A FUNDS,

                                    Plaintiffs,

    -against-

STARCROSS CONTRACTING, INC.,

                                    Defendant.
-----------------------------------------------------------------------X

JUDGMENT
04-CV- 3085 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 1 2 2005 ★
BROOKLYN OFFICE

        An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 7, 2005, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated August 15, 2005; and directing the Clerk of Court to enter judgment awarding plaintiffs $19,069.72 in unpaid contributions, $3,653.43 in interest on those unpaid contributions, $3,653.43 in liquidated damages, $1,800.00 in attorney's fees and $240.00 in costs, for a total award of $28,416.58; it is

        ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; and that judgment is hereby entered in favor of plaintiffs, Board of Trustees of the United Union of Roofers, Waterproofers, & Allied Workers Local Union No 8. W.B.P. & A Funds, and against defendant, Starcross Contracting, Inc., awarding $19,069.72 in unpaid contributions, $3,653.43 in interest on those unpaid contributions, $3,653.43 in liquidated damages, $1,800.00 in attorney's fees and $240.00 in costs, for a total award of $28,416.58.

Dated: Brooklyn, New York
         September 08, 2005

                                                                           ROBERT C. HEINEMANN
                                                                           Clerk of Court